

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VIOLET B. STOVALL EX REL. JAMES S. STOVALL | CIVIL ACTION NO. 05-2159 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 13], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be REVERSED and REMANDED for further proceedings in accordance therewith.

MONROE, LOUISIANA this 21 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE