

RECEIVED
IN MONROE, LA
JUN 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VIOLET B. STOVALL EX REL. JAMES S. STOVALL | CIVIL ACTION NO. 05-2159 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 17], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 15] is GRANTED, and the Commissioner is ordered to pay attorney fees in the amount of $ 3,337.50 (26.7 hours at $ 125.00 per hour) plus expenses of $ 102.10 and costs of $ 250.00 for a total fee and cost award of $3689.60 to Plaintiff's attorney.

MONROE, LOUISIANA, this 15 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE